11TH COURT OF APPEALS
EASTLAND, TEXAS



JUDGMENT

Halo Holdings Group, LLLP
and Travis Holm,

     * From the 161st District Court
       of Ector County,
       Trial Court No. B-139,607.

v. No. 11-16-00079-CV

     * April 14, 2016

Light Tower Rentals, Inc.,

     * Per Curiam Memorandum Opinion
       (Panel consists of: Wright, C.J.,
       Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Halo Holdings Group, LLLP and Travis Holm.